IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 7:98CR121 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| JOSE LARA, JR., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 438), leave of court is granted for the filing of the dismissal of the Petition for Offender Under Supervision (Filing No. 434) against Jose Lara, Jr.

IT IS ORDERED that the Motion to Dismiss the Petition for Offender Under Supervision (Filing No. 438) is granted.

IT IS FURTHER ORDERED that the warrant issued in connection with this matter is cancelled.

Dated this 14th day of April, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States Senior District Judge